UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 3:11-CR-142 JD |
| | ) | |
| JASON N. STRELL | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on June 27, 2012 [DE 40]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Jason N. Strell's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 2251(a).

SO ORDERED.

ENTERED:  July 18, 2012

                                      /s/ JON E. DEGUILIO
                                      Judge
                                      United States District Court